UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD W. LEWIS, ) | |
| ) | 3:99-cv-00386-LRH-RAM |
| Plaintiff, ) | |
| ) | MINUTE ORDER |
| vs. ) | |
| ) | April 27, 2011 |
| LINDA DUFF AND TYRONE DUFF, ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Before the court is Defendants' Motion to Stay Order on Mandate (#414), Setting Hearing for May 3, 2011 Pending the Outcome of Duff Defendants' Petition for a Writ of Certiorari Before the United States Supreme Court (#415).

    The court finds the above entitled motion to be without merit and, therefore, good cause appearing,

    IT IS HEREBY ORDERED that Defendants' Motion to Stay Order on Mandate (#414), Setting Hearing for May 3, 2011 Pending the Outcome of Duff Defendants' Petition for a Writ of Certiorari Before the United States Supreme Court (#415) is DENIED.

    IT IS SO ORDERED.

                                  LANCE S. WILSON, CLERK

                                  By:    /s/
                                     Deputy Clerk